IN THE SOUTHERN COURT OF

MOBILE, ALABAMA

24-cv-323-KD-B

Case No.: ASSIGN A CASE NUMBER

Plaintiff:

Wendy M. Williams,

VS

Defendant:

Mobile Police Department,

2460 Government Blvd,

Mobile, AL 36606

MOTION FOR RELIEF DUE TO FALSE STATEMENTS TO THE COURT, CIVIL RIGHTS VIOLATIONS, AND ABUSE OF POWER

COMES NOW the Plaintiff, Wendy M. Williams, by and through her undersigned counsel, and respectfully moves this Honorable Court for relief based on the following grounds:

Introduction and Background:

Plaintiff, Wendy M. Williams, seeks relief from this Court due to serious allegations that the Mobile Police Department engaged in deceptive practices and provided false information to the court to secure a conviction. These

actions have led to significant harm, including wrongful accusations and damage to Plaintiff's reputation.

False Statements to the Court:

It has come to light that officers of the Mobile Police Department intentionally misled both the District Court and Circuit Court judges by falsely claiming that Plaintiff was involved in criminal activities under the DEguise of operating as a "credit doctor." These misleading statements were used to sway the court's decision and secure a wrongful conviction against Plaintiff.

False Accusation: During court proceedings on June 10. 2013- 2024, officers made unsubstantiated claims about Plaintiff's role as a "credit doctor," a term that inaccurately depicted her as involved in fraudulent financial practices.

Impact on Court Proceedings: The false statements provided by the Mobile Police Department influenced the judges' perceptions and decisions, resulting in a miscarriage of justice and an unjust conviction.

Civil Rights Violations:

The actions of the Mobile Police Department constitute a violation of Plaintiff's civil rights under the Fourteenth Amendment, which guarantees due process and protection against wrongful imprisonment and deceitful practices by law enforcement.

Abuse of Power:

The deliberate provision of false information to the court represents a severe abuse of power by the Mobile Police Department. This conduct undermines the integrity of the judicial system and reflects a gross misuse of authority intended to achieve unjust outcomes.

Legal Basis for Relief:

Plaintiff seeks relief based on the following legal grounds:

False Statements to the Court: The Mobile Police Department's actions amount to fraud upon the court, warranting corrective measures to address the wrongful conviction and restore Plaintiff's rights.

Civil Rights Violations: Under 42 U.S.C. § 1983, Plaintiff asserts that her constitutional rights were violated through the deceitful actions of the Mobile Police Department.

Abuse of Power: The officers' conduct constitutes an abuse of power, justifying a demand for accountability and redress.

Requested Relief:

Plaintiff respectfully requests the following relief from the Court:

Vacatur of Conviction: An order to vacate the wrongful conviction resulting from the false statements made by the Mobile Police Department.

Compensatory Damages: For the harm suffered, including emotional distress, reputational damage, and other related impacts.

Punitive Damages: To deter future misconduct by the Mobile Police Department and its officers.

Injunctive Relief: To require the implementation of corrective measures and changes in department practices to prevent similar incidents in the future.

Legal Fees and Costs: For the legal expenses incurred in addressing this matter.

WHEREFORE, Plaintiff, Wendy M. Williams, respectfully requests that this Honorable Court grant the relief sought and order any other relief deemed just and proper.

Respectfully submitted,

Mrs. Wendy M Williams

1730 Cayouga Avenue

Prichard, Alabama 36610

I have never drinked or smoked. Don't want know smoking in my house or yard and car either.

Date: 09/03/2024

Certificate Of Service

I hereby certify that a true and correct copy of the foregoing Motion for Relief has been served upon the Mobile Police Department at the address provided, on this 09/03/2024.

Note: By

Mrs. Wendy M Williams

The Only reason why I did not sue them the first time was because my family knows the Mayor of Mobile.



Private





In Military

7012 Sandy Creek Circle
Mobile, Al 36695
My home ~~[scratched out]~~ at
Stayed by myself. Some VISITED

Mrs. Wendy M Williams

1730 Cayouga Avenue

Prichard, Alabama 36610

MOBILE AL 366
3 SEP 2024   PM 1



United Stated Federal Courthouse

155 St. Joseph Street

Mobile, Alabama 36602

36602-368399