IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WENDY M. WILLIAMS, ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:24-cv-00323-KD-B |
| ) | |
| MOBILE POLICE DEPARTMENT, ) | |
|    Defendant. ) | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated October 16, 2024, (Doc. 4), is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action is **DISMISSED without prejudice** for Plaintiff's failure to prosecute and obey the Court's order.

**DONE** this **8th** day of **November 2024**.

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**