IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WENDY M. WILLIAMS,** | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )   Civil Action No. 1:24-cv-00323-KD-B |
| | ) |
| **MOBILE POLICE DEPARTMENT,** | ) |
|     **Defendant.** | ) |

## **JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED without prejudice** for Plaintiff's failure to prosecute and obey the Court's order.

**DONE** this **8th** day of **November 2024**.

                                            /s/ Kristi K. DuBose
                                            **KRISTI K. DuBOSE**
                                            **UNITED STATES DISTRICT JUDGE**